UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. CHALFANT,<br>　　　　Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 4:20-CV-1719 |
| v. | ) <br> ) | (ARBUCKLE, M.J.) |
| COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant | ) <br> ) <br> ) | |

ORDER

In accordance with the accompanying memorandum, it is ORDERED that:

(1)　The final decision of the Commissioner is VACATED.

(2)　This case is REMANDED to the Commissioner to fully develop the record and conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g).

(3)　Final judgment will be issued in favor of John A. Chalfant by separate order.

(4)　The Clerk of Court is DIRECTED to close this case.

Date: March 21, 2022　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge